OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

RTS/Discharged

**1/6/2015**
**ENDERLIN, EUGENE DALE JR.  Tr. Ct. No. 1114973-A          WR-82,683-02**
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

EUGENE DALE ENDERLIN JR.
~~WYNNE UNIT~~ - TDC # 1490997
~~810 FM 2821~~
~~HUNTSVILLE, TX 77349~~